IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CRIMINAL NO. H-12-428 |
| | § | |
| PABLO HERNANDEZ-MEDINA | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No.). The motion for continuance is GRANTED. The sentencing hearing is reset to **January 23, 2013 at 9:00 a.m.**

SIGNED on December 13, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge